### 265.  SEABOARD AIR-LINE RAILWAY v. COURSEY.

HILL, C. J.  A claim for overcharges in freight paid to a common carrier may be sued on in a justice's court as an open account, under the Civil Code, §4130; and when, in such a suit, the account was proved by the affidavit of the plaintiff, and there had been personal service upon the defendant, and the defendant had filed a general denial not sworn to, it was not error, on motion, to strike such plea and enter up judgment for the plaintiff.                      '                *Judgment affirmed.*

Certiorari, from Montgomery superior court—Judge Martin. November 17, 1906.

Submitted April 8,—Decided April 25, 1907.

*Judson B. Geiger,* for plaintiff in error.